```
1   PAMELA E. COGAN (SBN 105089)
    STACY M. TUCKER (SBN 218942)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 500
3   Redwood City, CA 94063-2052
    Telephone:  (650) 364-8200
4   Facsimile:  (650) 780-1701
    Email:      pcogan@rmkb.com, akent@rmkb.com
5
    Attorneys for Defendants,
6   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

7   LAW OFFICES OF P. RANDALL NOAH
    P. Randall Noah, SBN 136452
8   21 Orinda Way, Suite C, #316
    Orinda, CA  94563
9   Telephone:  (925) 253-5540
    Facsimile:  (925) 253-5542
10  Email: pnoah@ix.netcom.com

11  Attorneys for Plaintiff,
    DANA ERICKSON
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| DANA ERICKSON, | Case No: C11-05464 |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendants. | |

It is hereby stipulated by and between Plaintiff DANA ERICKSON and Defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through their respective attorneys of record, that defendant shall have up to and including December 23, 2011 to file their response to Plaintiff's Complaint in this action.

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | Dated: December 9, 2011 | LAW OFFICES OF P. RANDALL NOAH |
| 2 | | |
| 3 | | |
| 4 | | By: *P. Randall Noah* |
| | | P. RANDALLL NOAH |
| 5 | | Attorneys for Plaintiff, DANA ERICKSON |
| 6 | | |
| 7 | Dated: December 9, 2011 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 8 | | |
| 9 | | |
| 10 | | By: *Pamela E. Cogan* |
| | | PAMELA E. COGAN |
| 11 | | STACY M. TUCKER |
| | | Attorneys for Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |
| 12 | | |

Dated: 12/12/11

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA