```
PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:      pcogan@rmkb.com, akent@rmkb.com
```

Attorneys for Defendants,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

```
LAW OFFICES OF P. RANDALL NOAH
P. Randall Noah, SBN 136452
21 Orinda Way, Suite C, #316
Orinda, CA  94563
Telephone:  (925) 253-5540
Facsimile:  (925) 253-5542
Email: pnoah@ix.netcom.com
```

Attorneys for Plaintiff,
DANA ERICKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA ERICKSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　Defendants. | Case No: C11-05464<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

　　It is hereby stipulated by and between Plaintiff DANA ERICKSON and Defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through their respective attorneys of record, that defendant shall have up to and including December 23, 2011 to file their response to Plaintiff's Complaint in this action.

　　**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | Dated: December 9, 2011 | LAW OFFICES OF P. RANDALL NOAH |
| 2 | | |
| 3 | | |
| 4 | | By: *P. Randall Noah* |
| | | P. RANDALLL NOAH |
| 5 | | Attorneys for Plaintiff, DANA ERICKSON |
| 6 | | |
| 7 | Dated: December 9, 2011 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 8 | | |
| 9 | | |
| 10 | | By: *Pamela E. Cogan* |
| | | PAMELA E. COGAN |
| 11 | | STACY M. TUCKER |
| | | Attorneys for Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |

Dated: 12/12/11

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA