PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
HANA HARDY (SBN 252871)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com

Attorneys for Defendants,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

LAW OFFICES OF P. RANDALL NOAH
P. Randall Noah, SBN 136452
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Telephone: (925) 253-5540
Facsimile: (925) 253-5542
Email: pnoah@ix.netcom.com

Attorneys for Plaintiff,
DANA ERICKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA ERICKSON,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | Case No: C11-05464<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

It is hereby stipulated by and between Plaintiff DANA ERICKSON and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through their respective attorneys of record, that defendant shall have up to and including January 20, 2012 to file its response to Plaintiff's Complaint in this action.

**IT IS SO STIPULATED.**

RC1/6284465.1/HAH

STIP TO EXTEND TIME TO RESPOND TO
COMPLAINT, CASE NO. C11-05464

FILER'S ATTESTATION

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: January 6, 2012

LAW OFFICES OF P. RANDALL NOAH

By: *P. Randall Noah*
P. RANDALL NOAH
Attorneys for Plaintiff,
DANA ERICKSON

Dated: January 6, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: *Pamela E. Cogan*
PAMELA E. COGAN
HANA HARDY
Attorneys for Defendants,
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

Dated: Jan. 9, 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero