1   PAMELA E. COGAN (SBN 105089)
    HANA HARDY (SBN 252871)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 500
3   Redwood City, CA 94063-2052
    Telephone:  (650) 364-8200
4   Facsimile:   (650) 780-1701
    Email:       pcogan@rmkb.com,
5   hhardy@rmkb.com

6   Attorneys for Defendant,
    LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DANA ERICKSON,                    Case No: C11-05464

12              Plaintiff,            **STIPULATION AND [~~PROPOSED~~]
                                      ORDER FOR DISMISSAL**
13  v.

14  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON,
15

16              Defendant.

17

18

19      IT IS HEREBY STIPULATED by and between plaintiff DANA ERICKSON and

20  defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their

21  attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with

22  prejudice in its entirety as to Defendant.  Each party shall bear its own fees and costs.

23      Pursuant to General Order No. 45, section X., concurrence in the filing of the document

24  has been obtained from P. Randall Noah which shall serve in lieu of his signature on the

25  document.

26

27

28

RC1/6328097.1/HAH                          STIPULATION AND [PROPOSED] ORDER FOR
                                           DISMISSAL – CASE NO. C11-05464

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Dated: February 23, 2012                    LAW OFFICES OF P. RANDALL NOAH


                                            By: /s/ P. Randall Noah
                                                P. RANDALL NOAH
                                                Attorney for Plaintiff
                                                DANA ERICKSON


Dated: February 23, 2012                    ROPERS, MAJESKI, KOHN & BENTLEY


                                            By: /s/ Pamela E. Cogan
                                                PAMELA E. COGAN
                                                HANA A. HARDY
                                                Attorneys for Defendant
                                                LIBERTY LIFE ASSURANCE
                                                COMPANY OF BOSTON


## ORDER


   IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety as to Defendant.  Each party shall bear its own fees and costs.


Dated:  2/24/12

                                            Honorable
                                            United

                                            Judge Joseph C. Spero

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City