PAMELA E. COGAN (SBN 105089)
HANA HARDY (SBN 252871)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com,
hhardy@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA ERICKSON,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | Case No: C11-05464<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiff DANA ERICKSON and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice in its entirety as to Defendant. Each party shall bear its own fees and costs.

Pursuant to General Order No. 45, section X., concurrence in the filing of the document has been obtained from P. Randall Noah which shall serve in lieu of his signature on the document.

Dated: February 23, 2012

LAW OFFICES OF P. RANDALL NOAH

By: /s/ *P. Randall Noah*
    P. RANDALL NOAH
    Attorney for Plaintiff
    DANA ERICKSON

Dated: February 23, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Pamela E. Cogan*
    PAMELA E. COGAN
    HANA A. HARDY
    Attorneys for Defendant
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety as to Defendant. Each party shall bear its own fees and costs.

Dated: 2/24/12

Honorable [signature: Judge Joseph C. Spero]
United States District Court, Northern District of California